157 A.3d 864

LEONIDES VELAZQUEZ, PLAINTIFF–RESPONDENT, v. CITY OF CAMDEN, DEFENDANT–PETITIONER, AND OFFICER ALEXIS RAMOS, DEFENDANT.

December 12, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004627–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.